

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer Clemmons
C/o Limestone Corr. Fac.
28779 Nick Davis Rd
Harvest, AL 35749

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8703 3310 3244 02

2. Article Number (Transfer from service label)
7019 2280 0000 2798 2490

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. M...        ☒ Agent  ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                      5/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2025 MAY 27 P 1:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



USPS TRACKING #

BIRMINGHAM AL 350

3 L

9590 9402 8703 3310 3244 02

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

Clerk's Office
United States District Court
Northern Division
Hugo L Black Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

Wooden