FILED

2026 Mar-12  AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK WOODEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 5:25-cv-00684-CLS** |
| | ) | |
| **RIVER JACOBS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO REVISE AND EXTEND SCHEDULING ORDER DEADLINES PURSUANT TO RULE 26(f) REPORT PROPOSED DEADLINES

COMES NOW the parties, through undersigned counsel, and jointly move this Honorable Court to revise and extend the deadlines in the Scheduling Order (Doc. 21), by incorporating the parties agreed upon proposed deadlines in their Rule 26(f) Report (Doc. 20). In support thereof, the parties state as follows:

1.     On August 1, 2025, the parties filed a Rule 26(f) Report (Doc. 20), which included the following proposed deadlines:

   a.   Plaintiff's expert witness disclosures by July 30, 2026;
   b.   Defendants' expert witness disclosures by August 30, 2026;
   c.   Factual Discovery cutoff by October 30, 2026;
   d.   Settlement Conference by November 30, 2026;
   e.   All potentially dispositive motions by December 15, 2026;
   f.   Trial witness lists, trial exhibit lists, and deposition designations by January 30, 2027;
   g.   Pretrial Conference by February 2027; and
   h.   Trial ready by April 2027.

1

2.      However, on August 5, 2025, the Court entered a Scheduling Order (Doc. 21), significantly shortening the deadlines proposed in the Rule 26(f) Report to the following:

    a.  Plaintiff's expert witness disclosures by March 16, 2026;
    b.  Defendants' expert witness disclosures by April 16, 2026;
    c.  Discovery Cutoff: May 29, 2026;
    d.  All potentially dispositive motions by June 29, 2026;
    e.  Final lists of witnesses and exhibits must be filed 30 days prior to trial; and
    f.  Trial readiness by August 2026.

3.      That on or about January 14, 2026, the Court issued an order granting the pending motions to dismiss (Docs. 9 & 24) filed on behalf of three of the Defendants, namely Warden William Streeter, Warden Chadwick Crabtree and Commissioner John Hamm, and all of Plaintiff's claims against those three Defendants were dismissed with prejudice.

4.      Also, on January 14, 2026, Plaintiff's pending Motion to Extend the Deadline for Amending Pleadings (Doc. 30) was granted. (Doc. 35).

5.      In addition, on or about January 20, 2026, the remaining Defendants and their attorneys were ordered to provide the Plaintiff by Friday, January 23, 2026, pertinent information regarding each correctional officer who was present immediately before, during, or after the occurrence forming the basis of Plaintiff's claims. (Doc. 37).

6.      A Protective Order was issued on January 9, 2026 (Doc. 32), pursuant to a motion for protective order (Doc. 31) filed earlier that same day, and Plaintiff is still in the process of receiving documents requested by way of a subpoena issued to the Alabama Department of Corrections ("ADOC") in November 2025.

7.      The parties are in the process of working on coordinating deposition dates. However, the subpoenaed documents must be produced prior to the depositions taking place to ensure that the requested documents are available, if needed, to assist with deposition questions.

8.      That, in light of the foregoing, the parties jointly submit that the Scheduling Order (Doc. 21), with the significantly shortened litigation deadlines, does not provide sufficient time to complete the time-consuming discovery required in this case.

9.      Because this matter involves multiple Defendants, written discovery, document collection, and personnel files must be conducted for each individual Defendant. Depositions for multiple parties will also be required.

10.     Also, a substantial portion of the relevant records is maintained by ADOC. Obtaining records from the ADOC often involves extended processing times outside the control of either party, which further limits the parties' ability to comply with the shortened deadlines in the Amended Order.

11.    Given the number of parties, the volume of records involved, and the need for significant third-party discovery from ADOC, the parties cannot reasonably complete discovery under the shortened schedule.

12.    For these reasons, the parties jointly and respectfully request that the Court revise and extend the deadlines set forth in the Scheduling Order (Doc. 21) to conform with the deadlines set forth in the Rule 26(f) Report. (Doc. 20)

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully ask this Honorable Court to grant this Joint Motion to Revise and Extend the Scheduling Order Deadlines Pursuant to the Rule 26(f) Report, by incorporating the parties agreed upon proposed deadlines in their Rule 26(f) Report (Doc. 20), in this matter.

Respectfully submitted on March 12, 2026.

/s/ Tiffany Johnson Cole*
Robert Simms Thompson
Law Offices of Robert Simms
Thompson, PC
P.O. Box 830780
Tuskegee, Alabama 36083

Counsel for the Plaintiff

***WITH PERMISSION***

/s/ Mary Goldthwaite
Mary Goldthwaite
Assistant Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Mary.Goldthwaite@AlabamaAG.gov

Counsel for the Defendants

4